[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 13-13573
Non-Argument Calendar
_____

D.C. Docket No. 0:03-cr-60235-JIC-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ARNE SOREIDE,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

(May 21, 2015)

Before WILLIAM PRYOR, JORDAN and EDMONDSON, Circuit Judges.

PER CURIAM:

Faith Mesnekoff, appointed counsel for Arne Soreide in this direct criminal

appeal, has moved to withdraw from further representation of the appellant and filed

a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d

493 (1967).   Our independent review of the entire record reveals that counsel's

assessment of the relative merit of the appeal is correct.    Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Soreide's sentence is **AFFIRMED**.